**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS**

**FRANK R. WOJCIK,**

    Plaintiff,

v.                                               **Civil Action No. 2:10-cv-135**

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge James E. Seibert [Doc. 14] dated July 22, 2011, to which neither party filed objections. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, failure to file objections to the magistrate judge's proposed findings and recommendation permits the District Court to review the recommendation under the standards that the District Court believes are appropriate, and under these circumstances, the parties' right to *de novo* review is waived. See ***Webb v. Califano***, 468 F.Supp. 825 (E.D. Cal. 1979).

Accordingly, because no objections have been filed, this report and recommendation ("R & R") will be reviewed for clear error. Upon review of the R & R and the record, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation **[Doc. 14]** should be, and is, hereby **ORDERED ADOPTED**.

1

Therefore, for the reasons more fully stated in the Report and Recommendation of United States Magistrate Judge James E. Seibert, this Court **ORDERS** that the Claimant's Motion for Summary Judgment **[Doc. 11]** be **DENIED** because the ALJ properly evaluated the treating physician's reports and correctly assessed Claimant's credibility, and the Commissioner's Motion for Summary Judgment **[Doc. 12]** be **GRANTED** for the same reasons. Accordingly, this Court hereby **DIRECTS** the Clerk to enter a separate judgment in favor of the Commissioner of Social Security.

It is so **ORDERED**.

The Clerk is further directed to transmit copies of this Order to all counsel of record.

**DATED**: August 15, 2011

JOHN PRESTON BAILEY
CHIEF UNITED STATES DISTRICT JUDGE